IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL RAMSIRE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLECTCORP, INC.,<br><br>    Defendant.<br>_____/ | No. C 05-03401 WHA<br><br>**ORDER RE MOTION FOR LEAVE TO FILE** |

     The Court intends to treat plaintiff's motion for leave to file a first amended complaint as a motion for administrative relief. Pursuant to Civil Local Rule 7-11(b), any opposition must be filed by **DECEMBER 1, 2005**.

    **IT IS SO ORDERED.**

Dated: November 28, 2005

                                                    WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE